NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EDDY MIDYETT, )
)
      Appellant, )
)
v. )    Case No. 2D16-5241
)
MANGROVES BAR AND GRILL, INC., )
)
      Appellee. )
_____ )

Opinion filed July 6, 2018.

Appeal from the Circuit Court for
Hillsborough County; Paul L. Huey, Judge.

Stephen H. Haskins and James L.
Magazine of Law Offices of
Lucas/Magazine, New Port Richey, for
Appellant.

Alexandra Valdes of Cole, Scott & Kissane,
P.A., Miami, for Appellee.


PER CURIAM.


      Affirmed.


KELLY, VILLANTI, and KHOUZAM, JJ., Concur.